SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JOVANNY AVILA,

        Plaintiff,

  -against-

MACY'S EAST, INC.; "JOHN" HINES;
ANNE POPEIL,

        Defendants.
--------------------------------------------------------X

CIVIL

JUDGMENT

07 Civ. 7582 (KMW)

U.S. DISTRICT COURT FILED JUL 07 2008 S.D. OF N.Y.

    By order dated August 27, 2007, plaintiff was directed to file an amended complaint with this Court within 60 days. On October 26, 2007, the Court received a letter from plaintiff requesting additional time to comply with the Court's order. By order dated December 21, 2007, the Court liberally construed plaintiff's letter as a motion for extension of time and granted him an additional 60 days to comply with the August 27, 2007 order. Since plaintiff has failed to file an amended complaint as specified it is,

    ORDERED, ADJUDGED AND DECREED: That the action is hereby dismissed. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

SO ORDERED

_____
KIMBA M. WOOD
Chief Judge

Dated: JUL 0 7 2008
    New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.